# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| SHIRLEY A. TYUS | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:14CV00530 SWW |
| FRED WHITE, ET AL. | * | |
| | * | |
| Defendants | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 22ND DAY OF SEPTEMBER, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE